Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 10/3/2013

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: WANDER HAYES       CASE NO. 3:12-bk-10381
    1535 11th AVENUE N      CHAPTER 13
    NASHVILLE, TN 37208      JUDGE MASHBURN
    Debtor
SSN: xxx-xx-1527

SALE

**ORDER ALLOWING ~~SELL~~ OF REAL PROPERTY**

Debtor filed an Expedite Motion to Sell Real Property. Notice was mailed pursuant to LBR 9075. At the call of the docket, on October 2, 2013, at 8:30 a.m. in Courtroom 1, Second Floor, United States Bankruptcy Court for the Middle District of Tennessee, 701 Broadway, Nashville, TN 37203, there were no objections.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the Bankruptcy Court as follows:

1. The Debtor shall be allowed to sell real property located at 0 Ridge Road, Cedar Hill, TN, as follows:

    a. Debtor will sell her real property at 0 Ridge Road, Cedar Hill, TN, for $30,000 cash
    b. Debtor will pay the indebtedness on her real property, liens, real estate fees, closing costs, and any other encumbrances and forward all net proceeds to the Chapter 13 Trustee.
    c. After closing, net proceeds and the signed HUD-1 settlement statement will be sent to the Chapter 13 Trustee.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:


/s/Mark Podis_____
Mark Podis        #012216
Attorney for Debtor
1161 Murfreesboro Rd, Ste 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
E-Mail PodisBankruptcy@aol.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:12-bk-10381    Doc 49    Filed 10/04/13    Entered 10/04/13 06:52:52    Desc Main
                        Document      Page 2 of 2